*Wade H. Watson, solicitor, H. J. Lawrence,* contra.

---

## 14769. HEATON v. PUCKETT.

When a verdict approved by the trial judge is supported by any evidence,
 this court will not disturb it because of alleged insufficiency of evidence.
There is no merit in the amendment to the motion for a new trial.

      DECIDED JANUARY 16, 1924.

Trover; from Haralson superior court—Judge Irwin. April
26, 1923.

*Griffith & Matthews,* for plaintiff.

*M. J. Head, Taylor Smith,* for defendant.

BLOODWORTH, J. There is no merit in the amendment to the
motion for a new trial.

The verdict is approved by the trial judge, and we cannot say
that there is no evidence to support it. In *Rogers v. State,* 101 *Ga.*
562, 563 (28 S. E. 978), Justice Cobb said: "Applications for new
trials on the ground that the verdict of the jury is contrary to
evidence are addressed to a sound legal discretion to be exercised by
the trial judges. When this discretion has been exercised and the
motion for a new trial overruled, this court will not interfere where
there is any evidence which would justify the jury in reaching the
conclusion which it set forth in the verdict. While in many cases
we would probably not have rendered the verdict returned, and,
if we were authorized to pass upon the case as on appeal, would
render here a different judgment, still under the established
practice of this court as required by the law of this State, we cannot
overrule a trial judge, who, fresh from the atmosphere of the trial,
sends to us a record in which he endorses the finding of the jury
which tried the case in his presence. This is true even in cases
where the evidence might be described as weak, unsatisfactory, and

doubtful. The wisdom and discretion of the trial judge is sufficient for us to endorse his judgment in cases of this character."

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*